ANTHONY & PARTNERS, LLC
JOHN A. ANTHONY (FL SBN 0731013)
  janthony@anthonyandpartners.com
ANDREW J. GHEKAS (FL SBN 0119169)
*Both Appearing Pro Hac Vice*
aghekas@anthonyandpartners.com
100 S. Ashley Drive, Suite 1600
Tampa, Florida 33602
Telephone: 813.273.5616
Facsimile: 813.221.4113

COOPER, WHITE & COOPER LLP
PETER C. CALIFANO (CA SBN 129043)
  pcalifano@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone: 415.433.1900
Facsimile: 415.433.5530

Attorneys for Appellant Centennial Bank

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

[San Francisco Division]

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor. | CASE NO. 21-04597-WHO<br><br>[Bankr. Case No. 21-50028-SLJ] |
| CENTENNIAL BANK, an Arkansas state chartered bank,<br><br>Appellant,<br><br>vs.<br><br>EVANDER FRANK KANE,<br><br>Appellee. | **STIPULATION AND ORDER TO MODIFY THE BRIEFING DEADLINES ON APPEAL** |

Appellant Centennial Bank ("Centennial") and Appellee Evander Frank Kane ("Kane") enter into the following stipulation to modify the briefing schedule for this appeal as set forth

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

Case No. 21-04597-WHO

STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE

below (the "Stipulation") and request the Court's approval of the revised schedule.

## RECITALS

1. Centennial filed a Notice of Appeal in the abovementioned bankruptcy case pending in the US Bankruptcy Court regarding an Order Denying Motion to Dismiss and electing this Court to resolve the appeal (the "Appeal").

2. Pursuant to this Court's Notice of Filing of Appeal & Scheduling Order (the Scheduling Order) [dated 6/15/21; Doc. No. 2] the Appellant's principal brief is due no more than 30 days after docketing of notice that the record in this matter had been transmitted or is available electronically on the Court's docket;

3. On or about July 13, 2021 a Certificate of the USBC Record on Appeal was filed in this Court (Doc. No, 7];

4. However, a personal matter involving Centennial's counsel has recently occurred making compliance with the deadline for the Appellant's principal brief highly unlikely;

5. There have been no other previous time modifications in the Appeal; and

6. Therefore, Centennial and Kane have discussed the matter and propose to modify the briefing schedule in the Appeal as set forth below.

## STIPULATION

The Parties stipulate and agree, through their respective attorneys, as follows:

1. The Appellant's principal brief shall be due no later than September 21, 2021.

2. Except as specifically modified herein, all other deadlines for briefs in the Appeal and other matters set forth in the Scheduling Order remain unchanged and in effect.

3. Centennial and Kane request that the Court enter an order approving this Stipulation.

/ / /

/ / /

/ / /

/ / /

/ / /

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

2

Case No. 21-04597-WHO

STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE

DATED: July 23, 2021         ANTHONY & PARTNERS, LLC


By:     /s/ John A. Anthony
        John A. Anthony
        Attorneys for Appellant Centennial Bank


DATED: July 23, 2021         COOPER, WHITE & COOPER LLP


By:     /s/ Peter C. Califano
        Peter C. Califano
        Attorneys for Appellant Centennial Bank


DATED: July 23, 2021         FINESTONE HAYES LLP


By:     /s/ Stephen D. Finestone
        Stephen D. Finestone
        Attorneys for Appellee Evander Frank Kane

**ORDER**

IT IS SO ORDERED

DATED: _____


By: _____
    Hon. William H. Orrick
    District Judge of the United States District Court
    for the Northern District of California

1507144.1

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

3                                 Case No. 21-04597-WHO
STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE

## PROOF OF SERVICE

**Centennial Bank vs. Evander Frank Kane**
**United States District Court, Northern CA District # 21-04597**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 201 California Street, Seventeenth Floor, San Francisco, CA 94111-5002.

On July 23, 2021, I served true copies of the following document(s) described as **STIPULATION AND ORDER TO MODIFY THE BRIEFING DEADLINES ON APPEAL** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

| | |
|---|---|
| Stephen D. Finestone | Attorney for Appellee |
| Ryan Andrew Witthans | Evander Frank Kane |
| FINESTONE HAYES LLP | |
| 456 Montgomery Street, 20th Floor | |
| San Francisco, CA 94104 | |
| (415) 421-2624 | |
| sfinestone@fhlawllp.com | |
| rwitthans@fhlawllp.com | |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 23, 2021, at San Francisco, California.

_____
Mercedes Stuefen