ANTHONY & PARTNERS, LLC
JOHN A. ANTHONY (FL SBN 0731013)
  janthony@anthonyandpartners.com
ANDREW J. GHEKAS (FL SBN 0119169)
*Both Appearing Pro Hac Vice*
aghekas@anthonyandpartners.com
100 S. Ashley Drive, Suite 1600
Tampa, Florida 33602
Telephone: 813.273.5616
Facsimile: 813.221.4113

COOPER, WHITE & COOPER LLP
PETER C. CALIFANO (CA SBN 129043)
  pcalifano@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone: 415.433.1900
Facsimile: 415.433.5530

Attorneys for Appellant Centennial Bank

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

[San Francisco Division]

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>     Debtor. | CASE NO.  21-04597-WHO<br><br>[Bankr. Case No. 21-50028-SLJ] |
| CENTENNIAL BANK, an Arkansas state chartered bank,<br><br>     Appellant,<br><br>  vs.<br><br>EVANDER FRANK KANE,<br><br>     Appellee. | **STIPULATION AND ORDER TO MODIFY THE BRIEFING DEADLINES ON APPEAL** |

Appellant Centennial Bank ("Centennial") and Appellee Evander Frank Kane ("Kane") enter into the following stipulation to modify the briefing schedule for this appeal as set forth

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

Case No. 21-04597-WHO
STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE

below (the "Stipulation") and request the Court's approval of the revised schedule.

## RECITALS

1. Centennial filed a Notice of Appeal in the abovementioned bankruptcy case pending in the US Bankruptcy Court regarding an Order Denying Motion to Dismiss and electing this Court to resolve the appeal (the "Appeal").

2. Pursuant to this Court's Notice of Filing of Appeal & Scheduling Order (the Scheduling Order) [dated 6/15/21; Doc. No. 2] the Appellant's principal brief is due no more than 30 days after docketing of notice that the record in this matter had been transmitted or is available electronically on the Court's docket;

3. On or about July 13, 2021 a Certificate of the USBC Record on Appeal was filed in this Court (Doc. No, 7];

4. However, a personal matter involving Centennial's counsel has recently occurred making compliance with the deadline for the Appellant's principal brief highly unlikely;

5. There have been no other previous time modifications in the Appeal; and

6. Therefore, Centennial and Kane have discussed the matter and propose to modify the briefing schedule in the Appeal as set forth below.

## STIPULATION

The Parties stipulate and agree, through their respective attorneys, as follows:

1. The Appellant's principal brief shall be due no later than September 21, 2021.

2. Except as specifically modified herein, all other deadlines for briefs in the Appeal and other matters set forth in the Scheduling Order remain unchanged and in effect.

3. Centennial and Kane request that the Court enter an order approving this Stipulation.

/ / /

/ / /

/ / /

/ / /

/ / /

**COOPER, WHITE & COOPER LLP**
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

2                           Case No. 21-04597-WHO
STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE

DATED: July 23, 2021            ANTHONY & PARTNERS, LLC

By:   /s/ John A. Anthony
      John A. Anthony
      Attorneys for Appellant Centennial Bank

DATED: July 23, 2021            COOPER, WHITE & COOPER LLP

By:   /s/ Peter C. Califano
      Peter C. Califano
      Attorneys for Appellant Centennial Bank

DATED: July 23, 2021            FINESTONE HAYES LLP

By:   /s/ Stephen D. Finestone
      Stephen D. Finestone
      Attorneys for Appellee Evander Frank Kane

**ORDER**

IT IS SO ORDERED

DATED: July 26, 2021

By:   [signature]
      Hon. William H. Orrick
      District Judge of the United States District Court
      for the Northern District of California

1507144.1

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

3                     Case No. 21-04597-WHO
STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE